```
           UNITED STATES DISTRICT COURT
              DISTRICT OF NEW JERSEY
```

ROBERT MCCANN,                 :   Civil Action No. 06-3189(NLH)
                               :
       Plaintiff,              :
                               :
   v.                          :   **ORDER**
                               :
WINSLOW TOWNSHIP, ET AL.       :
                               :
       Defendants.             :

**APPEARANCES:**

Robert McCann
16 B White Horse Pike
Chesilhurst, NJ 08089

*Pro Se Plaintiff*

Michael O. Kassak
David M. Ragonese
White & Williams, LLP
457 Haddonfield Road
Suite 400
Cherry Hill, NJ 08002

*Attorneys for Defendants Winslow Twp., Winslow Twp. Police Dept., Officer Mark Passarella, Chief Anthony Bellos, and Officer Pizzico*

    For the reasons expressed in this Court's Opinion entered on this date, **IT IS HEREBY ORDERED** this 20th day of December 2007, that Defendants' Motion for Summary Judgment is **GRANTED**.

                                             s/Noel L. Hillman
                                            NOEL L. HILLMAN, U.S.D.J.

At Camden, New Jersey